UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD RIVERS, JOANN BURGER,** | * | **CIVIL ACTION** |
| **LINDA BIRDWELL, AND RUFUS** | * | **NO. 06-8519** |
| **RIVERS, II., INDIVIDUALLY AND ON** | * | |
| **BEHALF OF THEIR DECEASED** | * | **JUDGE: FALLON** |
| **FATHER, RUFUS RIVERS; LAI NGO** | * | |
| **DAO, INDIVIDUALLY AND ON BEHALF** | * | **MAGISTRATE: ROBY** |
| **OF HER DECEASED HUSBAND, NHAN** | * | |
| **DAO, LANG DAO, PHUNG DAO, KIM** | * | |
| **DAO, THAHN DAO AND THUY DAO;** | * | |
| **AND ON BEHALF OF ALL OTHERS** | * | |
| **SIMILARLY SITUATED** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **CHALMETTE MEDICAL CENTER, INC.** | * | |
| **AND UNIVERSAL HEALTH SERVICES,** | * | |
| **INC.** | * | |

*********************************************

**SECOND SUPPLEMENTAL AND AMENDING CLASS ACTION COMPLAINT**

NOW INTO COURT, through undersigned counsel come Plaintiffs, who respectfully represent the following:

1.

By supplementing and amending Paragraph I. of their *Class Action Petition for Damages* to include the following additional Defendant herein:

C)   **UHS of Delaware, Inc.,** a foreign corporation authorized to do and doing business in the Parish of St. Bernard, State of Louisiana, who is liable unto Plaintiffs in such sum, reasonable in the premises to be determined by the trier of fact upon trial, together with legal interest, and all costs of these proceedings from the date of judicial demand until paid, for all of the following reasons, to-wit:

WHEREFORE, Plaintiffs reallege and reaffirm all of the allegations contained in their original *Class Action Petition for Damages* and *Supplemental and Amending Class Action Complaint* as if copied here in extenso, and as amended and/or supplemented herein.

Plaintiffs, pray that this *Second Supplemental and Amending Class Action Complaint* be deemed good and proper, and that after all legal delays and due proceedings are had, that there be judgment in favor of Plaintiffs for damages, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, for all relief prayed for in Plaintiff's original *Class Action Petition for Damages*, *Supplemental and Amending Class Action Complaint* and for all general and equitable relief as provided by law.

Respectfully submitted,

/s/ Val P. Exnicios
**VAL PATRICK EXNICIOS (#19563)**
**AMY C. FONTENOT (#28577)**
**LISKA, EXNICIOS & NUNGESSER**
365 Canal Street, Suite 2290
New Orleans, Louisiana  70130
Telephone: (504) 410-9611
Facsimile:  (504) 410-9937
vpexnicios@exnicioslaw.com
afontenot@exnicioslaw.com

**LAURENCE E. BEST**
**BEST KOEPPEL, APLC**
2030 St. Charles Ave.
New Orleans, Louisiana 70130

Telephone: (504) 598-1000
Facsimile: (504) 524-1024
lebest@bestkoeppel.com

**RODERICK RICO ALVENDIA (#25554)**
**J. BART KELLY, III (#24488)**
**JEANNE K. DEMAREST (#23032)**
**ALVENDIA, KELLY & DEMAREST, L.L.C.**
1515 Poydras Street, Ste. 1500
New Orleans, Louisiana 70112
Telephone: (504) 482-5811
Facsimile: (504) 523-0699
rico@alvendialaw.com

**ANTHONY D. IRPINO, ESQ., #24727**
One Canal Place
365 Canal Street, Suite 2290
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
irpinoanthony@hotmail.com

**MARK P. GLAGO, BAR NO. 25395**
*The Glago Law Firm, L.L.C.*
Energy Centre - Suite 2950
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8666
Facsimile: (504) 599-8699
mglago@glagolawfirm.com

**CONRAD S.P. WILLIAMS, BAR NO. 14499**
**MELANIE G. LAGARDE, BAR NO. 28825**
*St. Martin, Williams & Bourque*
365 Canal Street, Suite 2290
New Orleans, Louisiana  70130
Telephone: (504) 410-9611
Facsimile:  (504) 410-9937
Mlagarde@crescent-farm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: David Bowling, Anthony Irpino, Mark Glago, Melanie LaGarde, Larry Best and Roderick Alvendia.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

/s/ Val P. Exnicios

Val P. Exnicios