UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD RIVERS, ET AL | CIVIL ACTION |
| VERSUS | NO:     06-8519 |
| CHALMETTE MEDICAL CENTER, INC., ET AL | SECTION: "L" (4) |

### RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a).

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 16th day of May 2012

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

MAY 17 2012
REALLOTTED TO
MAG. 1

___Fee
___Process
___Dkd
___ctRmDep
___ ___No.